United States District Court
District of Massachusetts

- Petition for Habeas Corpus -

Judge Hon. Mark L. Wolf
Case name: USA v. Barboza
Case number: 1:08 CR-001-MLW

FILED
IN CLERKS OFFICE
2020 JUN 15 AM 10: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

In the matter of USA v. Barboza Commit of Supervised Rel Viol case: 1:08 CR-001-MLW that was to be imprisoned for a year and a day in the United States Dept. of Justice Federal Bureau of Prisons consecutive to the plaintiffs state sentence.

The plaintiff wishes to declare and request his release from custody based upon the strongly emphasized elements indicated as follows:

Now comes the subject, Jerome Barboza, to inform Your Honor of his plight and to put his case before Your Honor's authority and justice.

page 1 of 4

Dear Honorable Judge Wolf,

    I am filing a Petition for Habeas Corpus providing incontrovertible and corroborated updated information.

I appeal to Your Honor for a response regarding my release. I understand sentence structure is designated by the court which has the authority to release an inmate. I recall being infront of Your Honor and I remember Your Honors words, judgement, ruling, and legal opinion. Being truthful it has been a mark of honor for me to address this matter before Your Honor.

    On December 12, 2018 the State Prison along with Federal and Interstate unit recommended I be transfered to a federal facility. Although such like crime was not a federal crime I was escorted by U.S. Marshalls to the United States Department of Justice Federal Bureau of Prisons to be gaurded, and maintained. and to obey and respect all local, state, and federal laws.

    It is my expectation that the papers/documents relating to the notice of change of location should of been provided to Your Honor particulary for the interest of Your Honor's judgement regarding my current status in the matter of case 1:08 CR-001-MLW, and the legal share of the United States Courthouse. Sadly it is appearant noone sent these documents.

Confirming the Law which came before me:
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of a total of a year and a day. The incarcerate sentence is to be served consecutive to the defendants state sentence...

I do not dispute Your Honors judgement.
Naturally this term of a year and a day takes effect and importance after I became an inmate in the United States Bureau of Prisons participating with satisfactory performance earning credits from the United States Bureau of Prisons.

The state along with the Federal and Interstate Unit was in accordance with me serving my time subjected to the law of the United States Bureau of Prisons.

When I entered the Bureau of Prisons on Dec. 12, 2018 I was given my Register Number: 26943-038, and FBI Number: 825222WC3. I was subject to the B.O.P rules and regulations. My computation, education, programming, re-entry plan, review, sentry data, care, and FRP was intact federal. DSCC (Designation Sentence Computation Complex) was positively involved with my class and data.

page 3 of 4

And, when it came down to the B.O.P.'s remarks concerning a detainer there was No Detainer considering I was sent to the B.O.P since 2018 inwhich by now a year and a days time has expired. My numbers were running!

In closing, with all the various and clear evidence I have enclosed in this Petition, it is enviable that the Courthouse acknowledge that I, Jerome Barboza, a now reformed responsible citizen of USA establish release.

Your Honor, by the token of time through the ages surely man is in loss except such as have faith, and do righteous deeds and join together in the mutual teaching of truth, and of patience and constancy. I know how tough you are I come before your Honor acknowledging subjection, and in all due respect to how you Judge I ask Your Honor to by your authority vindicate me unless there is a charge of crime against me.

Thank You from the very beginning.

Sincerely,
Jerome Barboza